UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO AMABLE FERNANDEZ ABREU,

                                        Plaintiff,

                    -v-

AJC JEWELRY CONTRACTING CORP., *et al.*,

                                        Defendants.

---

24 Civ. 7473 (PAE) (JW)

ORDER OF
DEFAULT JUDGMENT

PAUL A. ENGELMAYER, District Judge:

On October 2, 2024, plaintiff Roberto Amable Fernandez Abreu ("Abreu") filed this

action against defendants AJC Jewelry Contracting Corp. ("AJC"), Leonard Smith, Dion Smith,

and Adam Rivera. Dkt. 1 (Complaint). On October 16, 2024, Abreu served AJC with process,

making AJC's deadline to answer or otherwise respond November 6, 2024. Dkt. 8. On

December 2, 2024, Abreu served Leonard Smith and Dion Smith, making those defendants'

deadline to answer or otherwise respond December 23, 2024. Dkts. 9–10. On December 4,

2024, Abreu served Rivera, making Rivera's deadline to answer or otherwise respond December

26, 2024. Dkt. 11. None of the defendants has responded to the Complaint or appeared in this

action to date.

On February 27, 2025, the Court ordered Abreu to apply for a Clerk's Certificate of

Default against defendants by March 13, 2025. Dkt. 12. On February 28, 2025, Abreu so

applied. Dkts. 19–20. That same day, Abreu obtained a Clerk's Certificate of Default as to each

defendant. Dkts. 21–24. On March 25, 2025, Abreu filed a motion for default judgment as to

defendants. Dkts. 29–30.

On June 18, 2025, the Court found that the papers in support of Abreu's motion were in good order. Dkt. 34. The Court ordered defendants, if they wished to oppose the motion, to enter an appearance and file an opposition to Abreu's motion for default judgment by July 2, 2025. *Id.* The Court ordered Abreu to serve the June 18, 2025 order on Abreu by June 25, 2025. *Id.* Abreu did so. Dkt. 35. As noted, defendants have not entered an appearance or otherwise opposed Abreu's motion.

The Court has reviewed Abreu's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 29, and his supporting affirmation, Dkt. 30. Because proof of service has been filed; defendants have not answered the Complaint and the time for answering the Complaint has expired; and defendants failed to appear to contest entry of a default judgment, the Court enters a default judgment for Abreu against defendants.

The Court, by separate order, will commission an inquest into damages. The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 42.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 17, 2025
New York, New York

2